IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-00107-PAB-KAS

MARI ROSENFELD, and
MAX ALEXANDER INMAN,

    Plaintiffs,

v.

UNIVERSITY OF COLORADO, through the Regents of the University of Colorado; a body corporate,
JUSTIN SCHWARTZ, Chancellor of the University of Colorado Boulder, in his official capacity,
DEVIN CRAMER, Dean of Students and Associate Vice Chancellor for Student Affairs of the University of Colorado Boulder, in his individual capacity, and
HOLLY NELSON, Deputy Dean of Students and Assistant Vice Chancellor of the University of Colorado Boulder, in her individual capacity,

    Defendants.

---

## MINUTE ORDER

**Entered by Chief Judge Philip A. Brimmer**

    This matter comes before the Court on Defendants' Motion to Dismiss Plaintiffs' Complaint [Docket No. 16], filed on March 14, 2025.

    On April 3, 2025, plaintiffs filed an amended complaint, Docket No. 22, pursuant to Fed. R. Civ. P. 15(a). Docket No. 23 at 1. "The filing of an amended complaint moots a motion to dismiss directed at the complaint that is supplanted and superseded." *Strich v. United States*, No. 09-cv-01913-REB-KLM, 2010 WL 148269, at *1 (D. Colo. Jan. 11, 2010). Because the motion to dismiss is directed at plaintiffs' original complaint, *see* Docket No. 16, the motion is moot.

    **ORDERED** that Defendants' Motion to Dismiss Plaintiffs' Complaint [Docket No. 16] is **DENIED without prejudice as moot**.

    DATED April 8, 2025.