IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathryn A. Starnella**

| | |
|---|---|
| Civil Action: 25-cv-00107-PAB-KAS | Date: May 7, 2025 |
| Courtroom Deputy: Laura Galera | FTR – Reporter Deck-Courtroom C204 |

*Parties:*                                                  *Counsel:*

MARI ROSENFELD, ET AL.,               Daniel Williams
                                                        Matthew Simonsen

   Plaintiffs,

v.

UNIVERSITY OF COLORADO, ET AL.,       Megan Clark (by phone)

   Defendants.

## COURTROOM MINUTES

**RULE 16(b) SCHEDULING CONFERENCE**
**Court in session: 10:05 a.m.**
Court calls case. Appearances of counsel.

Discussion regarding stay and production of the security video.

**ORDERED:** Defendant is ordered to produce the video (which shall be designated as, "confidential") referenced in the complaint **no later than May 21, 2025.**

**ORDERED:** Plaintiff to provide quantification of damages to defendants by **May 21, 2025.**

**THE FOLLOWING WILL CONFIRM THE ACTIONS TAKEN AND DATES SET AT THE SCHEDULING CONFERENCE HELD THIS DATE:**
Joinder of Parties/Amendment of Pleadings: **July 7, 2025.**

Discovery Deadline: **January 19, 2026.**

Dispositive Motions Deadline: **February 23, 2026.**

Each side shall be limited to **two (2)** affirmative expert witnesses and no more than **one (1)** expert per subject matter area of expertise, absent further leave of Court.

Parties shall designate affirmative experts on or before **December 1, 2025.**

Parties shall designate rebuttal experts on or before **January 5, 2026.**

Each side collectively shall be limited to **ten (10)** depositions, **thirty-five (35)** interrogatories, **thirty-five (35)** requests for production and **thirty-five (35)** requests for admission, absent further leave of Court.

**Magistrate Judge Starnella's Discovery Dispute Procedures:**

1. **Duty to Meet and Confer:** No additional requirements.

2. **Contacting Chambers:** If the dispute concerns the taking of depositions or written discovery, parties must jointly email Chambers. The email shall briefly describe the parties' conferral efforts and the disputes at issue. If the dispute arises during an ongoing deposition, counsel must jointly call Chambers.

3. **Court Instruction/Resolution:** If the dispute concerns written discovery (request for production, interrogatories, etc.), the parties must complete a written discovery dispute chart in the form on Judge Starnella's webpage. The chart must be emailed to Chambers at least three (3) business days before any related hearing. The chart may include citations to legal authority but shall not include legal argument or extensive factual information. The parties shall be prepared to make legal arguments at the hearing.

**NO STATUS CONFERENCE** is set at this time. If the Court determines one is necessary, one will be set by minute order.  The parties may request a status conference by jointly contacting chambers at (303) 335-2770.

**FINAL PRETRIAL CONFERENCE** is set for **August 26, 2026, at 10:00 a.m.,** before Magistrate Judge Starnella. Final Pretrial Order is due **no later than SEVEN (7) CALENDAR DAYS before the Final Pretrial Conference.**  (See the court's website for Instructions for Preparation and Submission).  In accordance with the FED.R. Civ.P. 16(d), the conference shall be attended by at least one of the attorneys who will conduct the trial for each of the parties and by any unrepresented parties.

**The parties must notify chambers at (303-335-2770) at least 3 business days in advance of any hearing requiring presentation of documentary evidence so that the courtroom can be equipped with the appropriate technology.**

A Trial Preparation Conference and Trial will be set at a future date before the Honorable Philip A. Brimmer.

The Court advises counsel to review Judge Brimmer's Practice Standards.

Scheduling Order is signed and entered with interlineations on May 7, 2025.

Hearing concluded.
**Court in recess:    10:23 a.m.**
Total time in court:    00:18

*To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 755-4536 or AB Litigation Services at (303) 629-8534.