IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-00107-PAB-KAS

MARI ROSENFELD, and
MAX ALEXANDER INMAN,

Plaintiffs,

v.

UNIVERSITY OF COLORADO, through the Regents of the University of Colorado, a body corporate,
DEVIN CRAMER, Dean of Students and Associate Vice Chancellor for Student Affairs of the University of Colorado Boulder, in his individual capacity, and
HOLLY NELSON, Deputy Dean of Students and Assistant Vice Chancellor of the University of Colorado Boulder, in her individual capacity,

Defendants,

---

**MINUTE ORDER**

---

**Entered by Judge Philip A. Brimmer**

This matter is before the Court on the Stipulation of Dismissal of Devin Cramer and Holly Nelson with Prejudice [Docket No. 81].

"Although Rule 41(a)(1)(A) refers to dismissal of the 'action,' the rule permits the dismissal of fewer than all parties so long as all claims against a particular party are dismissed." *Kristina Consulting Grp., LLC v. Debt Pay Gateway, Inc.*, 2022 WL 881575, at *2 n.4 (10th Cir. Mar. 25, 2022) (unpublished). Under Rule 41(a)(1)(A)(ii), the stipulation of dismissal must be "signed by all parties who have appeared." Fed. R. Civ. P. 41(a)(1)(A)(ii). All parties have signed the stipulation. *See* Docket No. 81 at 1-2. Thus, dismissal of the claims against Mr. Cramer and Ms. Nelson is proper.

Before filing the Stipulation of Dismissal, plaintiffs filed an amended complaint with the consent of defendants. *See* Docket Nos. 79, 80. The amended complaint adds the University of Colorado ("the University") as a defendant, asserting claims against the University for violation of Colo. Rev. Stat. § 23-5-144 and for breach of contract. *See* Docket No. 79 at 26-28. However, the Court, in its March 31, 2026 order on defendants' motion to dismiss, dismissed these claims as barred by the Eleventh Amendment. *See* Docket No. 71 at 28-29. It appears that the parties have agreed to dismiss Mr. Cramer and Ms. Nelson as defendants, name the University as the sole

defendant, and dismiss this case pursuant to a settlement that has been reached between the parties. *See* Docket No. 80. Because the parties have not yet moved to dismiss plaintiffs' claims against the University, the Court, at this time, will not dismiss this case, but will dismiss Mr. Cramer and Ms. Nelson as defendants.

Therefore, it is

**ORDERED** that defendants the Stipulation of Dismissal of Devin Cramer and Holly Nelson with Prejudice [Docket No. 81] is deemed effective as a means of dismissing defendants Devin Cramer and Holly Nelson.

DATED August 11, 2026.